THE PEOPLE OF THE STATE OF NEW YORK ex rel.
TOWN OF BEDFORD et al., Appellants, *v.* THE STATE
TAX COMMISSION et al., Respondents.

*People ex rel. Town of Bedford* v. *State Tax Commission,* 190 App.
Div. 887, affirmed.

(Argued January 7, 1920; decided January 27, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1919, which affirmed, on certiorari, a determination of the defendant State Tax Commission, sustaining an appeal taken by the city of New Rochelle from the 1916 equalization of assessments as made by the board of supervisors of Westchester county. Relators contended that sections 175–178 of the Tax Law were unconstitutional, and that, therefore, the state tax commission was without jurisdiction to hear said equalization appeal or make a determination thereon.

*Henry R. Barrett* and *William A. Davidson* for appellants.

*Charles D. Newton,* Attorney-General (*B. C. Turner* of counsel), for State Tax Commission et al., respondents.

*Charles A. Van Auken* for City of New Rochelle, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.